HYMAN HORDES, RESPONDENT, v. J. I. KISLAK, INCORPORATED, APPELLANT.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *John W. Ockford.*

For the respondent, *Saul Mendelson.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the *per curiam* opinion of the Supreme Court, *ubi supra.*

*For affirmance*—TRENCHARD, CASE, DONGES, BROGAN, KAYS, WELLS, JJ.   6.

*For reversal*—PARKER, VAN BUSKIRK, KERNEY, JJ.   3.